THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 19-686 (CKK) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE INTERIOR, | ) | |
| | ) | |
| UNITED STATE FISH AND | ) | |
| WILDLIFE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

## ANSWER

Defendants, the United States Department of the Interior (DOI), of which the United States Fish and Wildlife Service (FWS) is a sub-part, respond to Plaintiff's Complaint in the above captioned case as follows.

## FIRST DEFENSE

The Complaint fails to state a claim for which relief can be granted.

## SECOND DEFENSE

The information sought by Plaintiff is exempt from release in full under one or more exemptions of the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended.

## THIRD DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA, 5 U.S.C. § 552.

## **FOURTH DEFENSE**

This Court lacks jurisdiction over any claim asserted under the Administrative Procedure Act ("APA"), or alternatively, Plaintiff has failed to state a claim under the APA in light of remedies available under FOIA.

In response to the specifically-enumerated paragraphs, as set forth in the Complaint, Defendants admit, deny, and otherwise aver as follows:

## **INTRODUCTION**[1]

1. This paragraph consists of Plaintiff's characterization of this lawsuit and legal conclusions to which no responses are required.  To the extent responses are deemed required, Defendants deny.

2. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants deny.

3. To the extent Plaintiff's assertion that Defendants "failed" to take action states a legal conclusion, this paragraph is denied.  However, Defendants admit that, to date, they have not yet made a final determination as to Plaintiff's FOIA requests.  Defendants aver that both DOI's Office of the Secretary and the FWS are currently searching for and processing records potentially responsive to the requests in order to release to Plaintiff all responsive, non-exempt records subject to FOIA.

---

[1]    To the extent Defendants incorporate the headers utilized in the Complaint, it is for convenience only.  To the extent any such headers could be construed as an allegation of fact, any such allegation is denied.

4. This paragraph consists of Plaintiff's characterization of its legal position, its conclusions of law, and its request for relief, and, as such, no response is required. To the extent that a response is deemed necessary, Defendants deny.

## JURISDICTION AND VENUE

5. This paragraph constitutes a conclusion of law as to jurisdiction to which no response is required. To the extent any response is required, Defendants deny that the Administrative Procedure Act (APA) and Declaratory Judgment Act provide a basis for jurisdiction in this action.

6. This paragraph constitutes a conclusion of law as to venue to which no response is required. To the extent any response is required, Defendants admit that venue lies in this judicial district for lawsuits brought under the FOIA.

7. This paragraph asserts a legal conclusion to which no response is required. To the extent a response is deemed required, Defendants deny.

## PARTIES

8. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

9. The allegations in the third and fourth sentence of this paragraph assert conclusions of law to which no response is required. Defendants admit the remaining allegations in this paragraph.

10. The allegations in the third and fourth sentence of this paragraph assert conclusions of law to which no response is required. Defendants admit the remaining allegations in this paragraph.

## STATUTORY BACKGROUND

11-22.  These paragraphs constitute legal conclusions and Plaintiff's characterization of FOIA to which no response is required.  To the extent a response is deemed required, Defendants refer the Court to the cited provisions of FOIA and deny the allegations in these paragraphs to the extent they are inconsistent with 5 U.S.C. § 552.

## STATEMENT OF FACTS

23.  As to first sentence of this paragraph, Defendants admit.  In response to the remainder of the paragraph, Defendants refer the Court to the referenced Department of Justice Memorandum for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent they are inconsistent with the content of that memorandum.

24.  As to first sentence of this paragraph, Defendants admit.  In response to the remainder of the paragraph, Defendants refer the Court to the referenced FWS Memorandum for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent they are inconsistent with the content of that memorandum.

25.  Defendants admit that there was a lapse in appropriations for certain agencies of the federal government that began on or about December 21, 2018, and that many federal agency employees were furloughed until appropriations were restored on or about January 25, 2019.  Defendants deny the allegations in this paragraph to the extent they suggest that the entire federal government shutdown.

26.  Defendants admit the allegations in this paragraph.

27.  Defendants admit the allegations in this paragraph.

28. This paragraph consists of Plaintiff's characterization of Department of Interior practice in unspecified "comparable circumstances," to which no response is required.  To the extent a response is deemed required, Defendants deny.

29.  This paragraph consists of Plaintiff's characterization of the actions of Plaintiff and other unspecified "interested parties."   Defendants lack knowledge or information sufficient to form a belief as to the truth of the motivation behind the alleged actions of Plaintiff and other unspecified "interested parties."  To the extent any further response is required, Defendants admit that CBD and certain other entities requested an extension to the comment period by letter dated January 14, 2019, and otherwise deny the allegations in this paragraph.

30. Defendants admit the allegations in this paragraph.

31. This paragraph asserts a conclusion of law to the extent it refers to whether submissions were "timely," to which no response is required.  In response to the remaining allegations in this paragraph, Defendants admit that, by letter dated January 29, 2019, CBD submitted comments during the comment period.   With respect to the reference to unspecified "other interested parties", Defendants lack knowledge or information sufficient to form a belief as to the truth of that allegation and therefore deny it.

### The Center's FOIA Requests to the Interior Department and FWS

32. Defendants admit only that on or about September 20, 2018, FWS received a FOIA request from Plaintiff and that the excerpted language in this paragraph appears in the request.   In further response, Defendants refer the Court to the FOIA request of September 20, 2018, for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that request.

33. Defendants admit the allegations in this paragraph.

34. Defendant admits that on or about February 2, 2019, it received a letter from Plaintiff alleging that FWS had failed to make a final determination regarding the referenced FOIA request. In further response, Defendants refer the Court to the referenced letter for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that letter.

35. To the extent Plaintiff's assertion that FWS failed to take action states a legal conclusion, this paragraph is denied. To the extent any further response is required, Defendants admit that, as of the date of the Complaint, FWS had not provided a further response regarding the September 20, 2018 request referenced in paragraph 32.

36. To the extent Plaintiff's assertion that FWS failed to take action states a legal conclusion, this paragraph is denied. To the extent any further response is required, Defendants admit the allegations in this paragraph.

37. This paragraph consists of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

38. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

39. Defendants admit that, on or about September 20, 2018, FWS received a FOIA request from Plaintiff and that this paragraph excerpts language from that request. In further response, Defendants refer the Court to the FOIA request of September 20, 2018 referenced in this paragraph for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that request.

40. Defendants admit the allegations in this paragraph.

41. To the extent Plaintiff's assertion that FWS failed to take action states a legal conclusion, this paragraph is denied.  To the extent any further response is required, Defendants admit that, as of the date of the Complaint, FWS had not provided a further response regarding the September 20, 2018 request referenced in paragraph 39.

42. To the extent Plaintiff's assertion that FWS failed to take action states a legal conclusion, this paragraph is denied.  To the extent any further response is required, Defendants admit the allegations in this paragraph.

43. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants state that the processing of this request has not yet been completed and that a determination as to whether any exemptions apply to the requested records will be made at an appropriate time consistent with Defendants' obligations under FOIA.

44. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants state that the processing of this request has not yet been completed and that a determination as to whether any exemptions apply to the requested records will be made at an appropriate time consistent with Defendants' obligations under FOIA.

45. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the allegations.

46. Defendants admits that on or around January 22, 2019, the Office of the Secretary's FOIA Office (OS FOIA) received a FOIA request from Plaintiffs and that this paragraph excerpts language from that request.   In further response, Defendants refer the Court to

the FOIA request of January 22, 2019 for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that request.

47. Defendant admits that during the lapse in appropriations, OS FOIA could not accept or process FOIA requests.  To the extent any further response is required, Defendants refer the Court to the email referenced in this paragraph.

48. Defendants admit that on or around January 24, 2019, OS FOIA acknowledged the January 22, 2019 request, assigning it the control number OS-2019-00357.  Defendants refer the Court to the referenced acknowledgment communication for a complete and accurate statement of its contents, and deny the allegations to the extent inconsistent with the content of that document.

49. To the extent Plaintiff's assertion that OS FOIA failed to take action states a legal conclusion, this paragraph is denied.  To the extent any further response is required, Defendants admit that, as of the date of the Complaint, OS FOIA had not provided a further response regarding the January 22, 2019 request.

50. Defendants deny the allegations in this paragraph and aver that OS FOIA advised Plaintiff by letter dated January 24, 2019, that it was taking a 10-workday extension and the basis for it.

51. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants state that the processing of this request has not yet been completed and that a determination as to whether any exemptions apply to the requested records will be made at an appropriate time consistent with Defendants' obligations under FOIA.

52. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants state that the processing of this request has not yet been completed and that a determination as to whether any exemptions apply to the requested records will be made at an appropriate time consistent with Defendants' obligations under FOIA.

53. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the allegations.

54. Defendants admit that on or about February 5, 2019, FWS received a FOIA request from Plaintiff and that this paragraph excerpts language from that request.   In further response, Defendants refer the Court to the FOIA request of February 5, 2019 referenced in this paragraph for a complete and accurate statement of its contents and deny the allegations in this paragraph to the extent inconsistent with the content of that request.

55. Defendants admit the allegation in this paragraph.

56. To the extent Plaintiff's assertion that FWS failed to take action states a legal conclusion, this paragraph is denied.  To the extent any further response is required, Defendants admit that, as of the date of the Complaint, FWS had not provided a further response regarding the February 5, 2019 FOIA request.

57. To the extent Plaintiff's assertion that FWS failed to take action states a legal conclusion, this paragraph is denied.  To the extent any further response is required, Defendants admit the allegations in this paragraph.

58. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants state that the processing of this request has not yet been completed and that a determination as to whether any exemptions apply

to the requested records will be made at an appropriate time consistent with Defendants' obligations under FOIA.

59. This paragraph consists of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants state that the processing of this request has not yet been completed and that a determination as to whether any exemptions apply to the requested records will be made at an appropriate time consistent with Defendants' obligations under FOIA.

60. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the allegations.

## FIRST CLAIM FOR RELIEF

61. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

62. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

63. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

64. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed required, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

65. This paragraph contains Plaintiff's characterizations of its own activities and mental impressions about whether it will continue to submit FOIA requests to Defendants, to which no response is requited. To the extent that a response is deemed necessary,

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

66. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations in this paragraph.

67. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations in this paragraph.

68. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

69. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

70. This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

71. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations in this paragraph.

72. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

73. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

74. This paragraph contains legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

75. This paragraph contains legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

76. This paragraph contains legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

77. This paragraph contains Plaintiff's characterizations of its own activities and mental impresions about whether it will continue to submit FOIA requests to Defendants, to which no response is requited.  To the extent that a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the allegations.

78. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations in this paragraph.

79. This paragraph contains legal conclusions, to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations in this paragraph.

80. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

81. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

82. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

83. This paragraph contains legal conclusions to which no response is required.   To the extent a response is deemed required, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

84. This paragraph contains Plaintiff's characterizations of its own activities and mental impressions about whether it will continue to submit FOIA requests to Defendants, to which no response is requited.  To the extent that a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

85. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

86. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

## THIRD CLAIM FOR RELIEF

87. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto

88. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

89. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

90. This paragraph contains Plaintiff's characterizations of its own activities and mental impressions about whether it will continue to submit FOIA requests to Defendants, to which no response is requited.  To the extent that a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

91. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

92. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

93.  This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

94. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed required, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

95.  This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

96. This paragraph contains Plaintiff's characterizations of its own activities and mental impressions about whether it will continue to submit FOIA requests to Defendants, to which no response is requited.  To the extent that a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

97. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

98. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

**<u>FOURTH CLAIM FOR RELIEF</u>**

99. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

100. This paragraph contains legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

101. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

102. This paragraph contains Plaintiff's characterizations of its own activities and mental impressions about whether it will continue to submit FOIA requests to Defendants, to which no response is requited.  To the extent that a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

103. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

104. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

105. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

106. This paragraph contains legal conclusions to which no response is required. To the extent a response is deemed required, Defendants refer the Court to the provisions of FOIA and deny the allegations in this paragraph to the extent inconsistent with the provisions of FOIA.

107. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

108. This paragraph contains Plaintiff's characterizations of its own activities and mental impressions about whether it will continue to submit FOIA requests to Defendants, to which no response is requited.  To the extent that a response is deemed necessary, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny them.

109. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

110. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

**SIXTH CLAIM FOR RELIEF**[2]

111. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

112. This paragraph asserts a legal conclusion to which no response is required.  To the extent any response is required, the allegations are denied.

113.  The allegations in this paragraph are denied.

114.  The allegations in this paragraph are denied.

115.  The allegations in this paragraph are denied.

116.  This paragraph asserts a legal conclusion to which no response is required.  To the extent a response is required, the allegations are denied.

117.  This paragraph asserts a legal conclusion to which no response is required.  To the extent a response is required, the allegations are denied.

118.  This paragraph asserts a legal conclusion to which no response is required.  To the extent a response is required, the allegations are denied.

119.  This paragraph asserts a legal conclusion to which no response is required.  To the extent a response is required, the allegations are denied.

120.  This paragraph asserts a legal conclusion to which no response is required.  To the extent a response is required, the allegations are denied.

**SEVENTH CLAIM FOR RELIEF**

121. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

---

[2]      The Complaint does not include a "Fifth Claim for Relief."

122. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

123. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

124. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

125. This paragraph contains legal conclusions, to which no response is required.  To the extent that response is deemed necessary, Defendants deny the allegations.

126. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

127. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

128. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

129. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

130. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

131. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

132. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

133. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

134. This paragraph contains legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

135. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

### SEVENTH CLAIM FOR RELIEF[3]

136. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

137. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

138. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

139. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

140. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

141. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

142. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

---

[3]     The Complaint refers to this as the "Seventh Claim for Relief" even though the prior claim also is referred to as the "Seventh Claim for Relief."

143. This paragraph realleges the allegations in previous paragraphs of the Complaint, and Defendants reiterate their responses thereto.

144. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

145. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

146. This paragraph contains legal conclusions to which no response is required.  To the extent that a response is deemed necessary, Defendants deny the allegations.

147. This paragraph contains legal conclusions to which no response is required.  To the extent that response is deemed necessary, Defendants deny the allegations.

148. This paragraph contains legal conclusions to which no response is required.  To the extent that response is deemed necessary, Defendants deny the allegations.

## **RELIEF REQUESTED**

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants assert a general denial as to those allegations contained in the Complaint that are not specifically admitted herein.  The remainder of the Complaint sets forth Plaintiff's prayer for relief to which no response is required.  To the extent a response is deemed required, Defendants deny that Plaintiff is entitled to the relief for which Plaintiff prays, or to any other relief as to Defendants.

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov