**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

          Plaintiff,

      v.

                              Civil Action No.: 19-686 (CJN)

U.S. DEPARTMENT OF THE INTERIOR, et al.,

          Defendants.

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 17, 2020, Plaintiff Center for Biological Diversity ("Center") and Defendants, the United States Department of the Interior ("DOI") and the United States Fish and Wildlife Service ("FWS"), a component of DOI, by and through the undersigned counsel, report to the Court as follows.

1.      The Center filed the Complaint in this action under the Freedom of Information Act ("FOIA") on March 12, 2019.   At issue in the Center's lawsuit are three FOIA requests directed to FWS (FWS-2018-01239; FWS-2018-01240; and FWS-2019-00379) and one FOIA request directed to DOI (OS-2019-00357) as more fully described in the Complaint.   Defendant answered the Complaint on May 10, 2019.

2.      As stated in prior status reports, with respect to OS-2019-00357, DOI states that it has completed its processing, which included a production made by letter dated May 10, 2019, and a supplemental production on July 31, 2019.   On September 13, 2019, DOI provided Plaintiff with a draft *Vaughn* index in an effort to potentially narrow any outstanding issues.

3.      As more fully described in prior status reports, with respect to the FOIA requests directed to FWS, FWS states that it has completed processing with respect to FWS-2018-01240,

which included a production made by letter dated May 20, 2019, a second interim production on June 20, 2019, and a final production on August 5, 2019.   With respect to FWS-2018-1239 and FWS-2019-00379, FWS provided a final response letter to those requests on June 18, 2019 and, in connection with that response, made a production on July 16, 2019, as well as a production on August 22, 2019, as more fully described in prior status reports.   On August 22, 2019, FWS also provided a draft *Vaughn* index to Plaintiff addressing the redactions and/or withholdings in its response to FWS-2018-1240 (Since in processing FWS-2018-1239 and FWS-2019-00379, it is FWS's position at this time that it released all of the responsive records in full, FWS states that there are no withholdings for FWS to address on a draft *Vaughn* index for those responses).

4.      On November 19, 2019, Plaintiff provided a letter to FWS and DOI describing the issues potentially in dispute that Plaintiff has identified in its review in order to allow the parties to confer and attempt to narrow and/or resolve issues in dispute.   As stated in prior status reports, the parties have conferred on the issues raised by Plaintiff, and FWS and DOI provided additional information to attempt to address certain issues raised by Plaintiff, including an updated draft *Vaughn* index from DOI on February 24, 2020 and an updated draft *Vaughn* index from FWS on March 4, 2020.

5.      On April 21, 2020, Plaintiff provided a letter to Defendants describing remaining issues with the search and production of records and including a list of disputed records, and the parties held another call on May 4, 2020 to discuss outstanding issues. On May 7, 2020, FWS provided Plaintiff with a further updated draft *Vaughn* Index to address certain of the issues that Plaintiff raised.   On June 25, 2020, DOI advised Plaintiff that OS FOIA reviewed its production and confirmed that no responsive records were left out of the production or that any redactions occurred that were not addressed in the draft *Vaughn* that previously was provided.

6.      As a result of these ongoing discussions, the parties advise the Court that there are no outstanding issues as to the productions or withholdings for the DOI request (OS-2019-00375) or for two of the three FWS requests (FWS-2018-01239 and FWS-2019-00379).

7.      On September 24, 2020, Plaintiff identified to Defendant additional questions and issues with the remaining FWS request (FWS-2018-01240). In the last status report, the parties reported that on November 9, 2020, Defendant FWS responded to the issues that Plaintiff raised, and that Plaintiff was considering FWS's responses.

8.      On December 18, 2020, the Center provided a list of 73 records from FWS's *Vaughn* Index that are in dispute to the extent the basis for the redactions and/or withholdings is Exemption 5 of FOIA.   FWS is still reviewing the Exemption 5 redactions and/or withholdings on those records and, based on a preliminary review, expects to release some of the previously redacted and/or withheld material in an effort to narrow issues in dispute.   FWS expects to complete its review and make a supplemental release by February 3, 2021.

9.      The parties are continuing to confer in an attempt to narrow the issues in dispute. Accordingly, the parties propose that they provide a further status report by March 1, 2021.

DATED:   January 27, 2021                  Respectfully submitted,

*/s/ Margaret E. Townsend*                     MICHAEL R. SHERWIN
Margaret E. Townsend (D.C. Bar No. OR0008)     Acting United States Attorney
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374                        BRIAN P. HUDAK
(971) 717-6409                                 Acting Civil Chief
mtownsend@biologicaldiversity.org

*/s/ Amy R. Atwood*                            By:_____/s/_____
Amy R. Atwood (D.C. Bar No. 470258)            Jeremy S. Simon, D.C. Bar #447956
Center for Biological Diversity                Assistant United States Attorney
P.O. Box 11374                                 555 4th St., N.W.
Portland, OR 97211-0374                        Washington, D.C. 20530

3

(971) 717-6401                          (202) 252-2528
atwood@biologicaldiversity.org

*Attorneys for Plaintiff*                    *Attorneys for Defendants*